H. Coleman, for appellant.
Max Bayersdorf, for respondent. ·
No opinion.  Judgment affirmed, with costs.

---

### CARROLL, Respondent. v. TUCKER, Appellant.

(Common Pleas of New York City and County, General Term.   March 8, 1893.)

Action by David M. Carroll against Charles Tucker.
C. P. & W. Buckley, for appellant.
L. L. Settel, for respondent.
No opinion.  Motion for leave to appeal to court of appeals denied.  See 21 N. Y. Supp. 952.

---

### COCHRAN COTTON-SEED OIL CO., Respondent, v. HAEBLER et al., Appellants.

(Common Pleas of New York City and County, General Term.   March 8, 1893.)

Action by the Cochran Cotton-Seed Oil Company against Theodore B. Haebler and others.
M. P. Stafford, for appellants.
Robert B. Honeyman, for respondent.
No opinion.  Motion for leave to appeal to court of appeals granted.  See 21 N. Y. Supp. 945.

---

### DOMESTIC SEWING-MACH. CO., Appellant, v. BARRY, Respondent.

(Common Pleas of New York City and County, General Term.   March 8, 1893.)

Action by the Domestic Sewing-Machine Company against Margaret Barry.
H. B. Kinghorn, for appellant.
A. J. Griffin, for respondent.
No opinion.  Motion for reargument denied, with $10 costs.  See 21 N. Y. Supp. 970.

---

### DUFFY v. DAWSON.

### EVANS et al., Appellants, v. DAWSON, Respondent.

(Common Pleas of New York City and County, General Term.   March 8, 1893.)

E. A. Woodruff, for appellants.
Johnston & Johnston, for respondent.
No opinion.  Motion for reargument or for leave to appeal to the court of appeals denied, with $10 costs.  See 21 N. Y. Supp. 978.

---

### FISHER, Respondent, v. MUNROE, Appellant.

(Common Pleas of New York City and County, General Term.   March 8, 1893.)

Action by Jennie Fisher against R. B. Munroe.
W. W. Hoover, for appellant.
S. Miller, for respondent.
No opinion.  Motion for reargument denied, with $10 costs.  See 21 N. Y. Supp. 995.

---

### HAAS, Respondent, v. ALTIERO, Appellant.

(Common Pleas of New York City and County, General Term.   March 8, 1893.)

Action by Frederick Haas against Pietro Altiero.
Thornall, Squire & Pierce, for appellant.
Hayes & Greenbaum, for respondent.
No opinion.  Motion for reargument or for leave to appeal to court of appeals denied, with $10 costs.  See 21 N. Y. Supp. 950.